Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Lori Manasco

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORI MANASCO**,<br><br>　　　　　　**Plaintiff,**<br>v.<br><br>**SPRINGLEAF FINANCIAL SERVICES, INC.,**<br><br>　　　　　　**Defendant.** | CASE NO: 8:14-cv-01294-CJC-DFM<br><br>NOTICE OF APPEARANCE OF ATTORNEY ABBAS KAZEROUNIAN FOR PLAINTIFF LORI MANASCO |

TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following attorney hereby states his appearance as Co-Counsel for Plaintiff LORI MANASCO.

Abbas Kazerounian, Esq. (SBN: 249203)
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone:  (800) 400-6808
Facsimile:  (800) 520-5523
Email: ak@kazlg.com

Date:  October 31, 2014            **KAZEROUNI LAW GROUP, APC**

By:  s/Abbas Kazerounian
     Abbas Kazerounian
     Attorneys for Plaintiff